1  KAMALA D. HARRIS
   Attorney General of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  PAMELA C. HAMANAKA
   Senior Assistant Attorney General
4  SUSAN SULLIVAN PITHEY
   Supervising Deputy Attorney General
5  DAVID ZARMI
   Deputy Attorney General
6  State Bar No. 245636
    300 South Spring Street, Suite 1702
7   Los Angeles, CA  90013
    Telephone:  (213) 576-1336
8   Fax:  (213) 897-6496
    E-mail:  DocketingLAAWT@doj.ca.gov
9  *Attorneys for Respondent*

10

11              IN THE UNITED STATES DISTRICT COURT

12           FOR THE CENTRAL DISTRICT OF CALIFORNIA

13

14

15  **PHILLIP CORNELIUS BLACK,**        | CV 10-5025-AG (AGR)

16                          Petitioner,  | **RESPONDENT'S APPLICATION
                                         | FOR ENLARGEMENT OF TIME;
17          **v.**                       | DECLARATION OF
                                         | DAVID ZARMI**
18  **M. MARTEL, Warden,**
                                         | The Honorable Alicia G. Rosenberg
19                          Respondent.  | United State Magistrate Judge

20

21       Respondent respectfully moves this Court for a thirty-day enlargement of time

22  to April 11, 2011, by which to file an Answer to the Petition for Writ of Habeas

23  Corpus filed herein.

24  ///

25  ///

26  ///

27  ///

28

1       This Application is made for good cause as set forth in the attached

2 Declaration of David Zarmi.

3

4 Dated: March 7, 2011                              Respectfully submitted,

5                                     KAMALA D. HARRIS
                                    Attorney General of California

6                                     DANE R. GILLETTE
                                    Chief Assistant Attorney General

7                                     PAMELA C. HAMANAKA
                                    Senior Assistant Attorney General

8                                     SUSAN SULLIVAN PITHEY
                                    Supervising Deputy Attorney

9                                     General

10

11                                     /s/ David Zarmi
                                    DAVID ZARMI

12                                     Deputy Attorney General
                                    *Attorneys for Respondent*

13

14 LA2010503185

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF DAVID ZARMI**

I, DAVID ZARMI, hereby declare under penalty of perjury that the following is true and correct.

1. I am the deputy attorney general assigned to the case of *Black v. Martel*, CV 10-05025-AG (AGR). On September 10, 2010, Respondent filed a Motion to Dismiss the Petition for failure to exhaust Grounds Two through Four of the Petition. On January 28, 2011, this Court denied the Motion to Dismiss. Pursuant to this Court's order, an Answer is now due by March 12, 2011. I am preparing this declaration in support of an extension request.

3. As of January 28, 2011, I was already assigned to seven California Court of Appeal cases in *People v. Oro* (B225984), *People v. Chavez* (B225216), *People v. Ramirez* (B223963), *People v. Chacon* (B225741), *People v. Martinez* (B224760), *People v. Villanueva* (B227223), and *People v. Cabrales* (B217909). I was also assigned to three federal habeas cases in *Mendoza v. McDonald*, CV 10-5011-JVS (FFM), *Babakitis v. Warden*, CV 10-6671-DMG (JEM), and *Nunally v. Almager*, CV 08-07771-R (FFM). On February 23, 2011, the Court of Appeal in *In re Christopher F.* (B220546), requested that I submit additional briefing by March 9, 2011. Additionally, on February 17, 2011, the direct appeal case *People v. Spratt* (B224393) was transferred to me after a California Rule of Court 8.360 notice had been issued with a final due date of March 17, 2011.

4. I have completed responsive briefs in *Mendoza*, filed January 24, 2011, *Babakitis*, filed January 26, 2011, *Oro*, filed February 9, 2011, *Chavez*, filed February 15, 2011, and *Christopher F.*, filed March 2, 2011. I am currently working on *Nunally* and *Spratt*. I will next work on *Ramirez*, *Chacon*, *Martinez*, *Villanueva*, and *Cabrales*, in the order they were assigned. I intend to begin working on this matter after that.

5. I need more time to research and draft a final Answer to the instant Petition.

1        6.  For the foregoing reasons, I am requesting an enlargement of time to April

2    11, 2011, within which to file an Answer.

3        7.  Because Petitioner is in pro se and incarcerated, I have not contacted him

4    in order to determine whether he has an objection to this request.

5        I declare under penalty of perjury and the laws of the State of California and

6    the United States of America that the foregoing is true and correct.

7        Executed this eighth day of March, 2011, at Los Angeles, California.

8            /s/ **David Zarmi**
            DAVID ZARMI
9            Deputy Attorney General

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

# CERTIFICATE OF SERVICE

Case Name:   *Black v. M. Martel, Warden*        No.   **CV 10-5025-AG (AGR)**

I hereby certify that on March 8, 2011, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**RESPONDENT'S APPLICATION FOR ENLARGEMENT OF TIME; DECLARATION OF DAVID ZARMI**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. On March 8, 2011, I have mailed the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Phillip Cornelius Black**
**CDC F-51219**
**CSP - LOS ANGELES COUNTY**
**A3 145U**
**P.O. Box 4430**
**Lancaster, CA 93539**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 8, 2011, at Los Angeles, California.

| | |
|---|---|
| J.R. Familo | |
| Declarant | Signature |

50847270.doc