| | |
|---|---|
| 1 | KAMALA D. HARRIS<br>Attorney General of California |
| 2 | DANE R. GILLETTE<br>Chief Assistant Attorney General |
| 3 | PAMELA C. HAMANAKA<br>Senior Assistant Attorney General |
| 4 | SUSAN SULLIVAN PITHEY<br>Supervising Deputy Attorney General |
| 5 | DAVID ZARMI<br>Deputy Attorney General |
| 6 | State Bar No. 245636<br> 300 South Spring Street, Suite 1702 |
| 7 |  Los Angeles, CA  90013<br> Telephone:  (213) 576-1336 |
| 8 |  Fax:  (213) 897-6496<br> E-mail:  DocketingLAAWT@doj.ca.gov |
| 9 | *Attorneys for Respondent* |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PHILLIP CORNELIUS BLACK,**<br>           Petitioner,<br>     v.<br>**M. MARTEL, Warden,**<br>           Respondent. | CV 10-5025-AG (SP)<br><br>**ORDER** |

Good cause appearing, IT IS HEREBY ORDERED that Respondent may file an Answer on or before June 10, 2011, to the Petition for Writ of Habeas Corpus filed herein.

Presented by:                                   **/s/  David Zarmi**
                                                          DAVID ZARMI
                                                          Deputy Attorney General

Dated:  May 10, 2011                    _____/s/_____
                                                          Honorable Sheri Pym
                                                          United States Magistrate Judge