JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP CORNELIUS BLACK, <br>             Petitioner, <br>       v. <br> M. MARTEL, Warden, <br>             Respondent. | Case No. CV 10-5025-BRO (SP) <br><br> **JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: August 26, 2013

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE